FILED
September 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____wg_____
DEPUTY

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) MY'LIK KERLEY<br>(2) NATHAN SCOTT HANKE<br>(3) LEROY ROBINSON<br>(4) CHRISTOPHER LOGAN<br><br>Defendants. | **SA-24-CR-388-OG**<br><br>**SUPERSEDING INDICTMENT**<br><br>**COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A), Conspiracy to Possess with Intent to Distribute Methamphetamine.<br><br>**COUNTS 2 and 6:** 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession with Intent to Distribute Methamphetamine.<br><br>**COUNTS 3, 4 and 5:** 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with Intent to Distribute Methamphetamine.<br><br>**COUNT 7:** 18 U.S.C. § 924(c), Possession of a Firearm in furtherance of a Drug Crime. |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(a)(1) &(b)(1)(A)]

That from on or about April 22, 2024 and continuing until on or about July 31, 2024, in the Western District of Texas, Defendants,

**MY'LIK KERLEY (1)
NATHAN SCOTT HANKE (2)
LEROY ROBINSON (3)
CHRISTOPHER LOGAN (4)**

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess

1

with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, and contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO
## [21 U.S.C. § 841(a)(1) & (b)(1)(B)]

That on or about April 22, 2024, in the Western District of Texas, Defendants,

**MY'LIK KERLEY (1)**
**NATHAN SCOTT HANKE (2)**
**LEROY ROBINSON (3)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE
## [21 U.S.C. § 841(a)(1) & (b)(1)(A)]

That on or about May 1, 2024, in the Western District of Texas, Defendant,

**NATHAN SCOTT HANKE (2)**
**CHRISTOPHER LOGAN (4)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR
## [21 U.S.C. § 841(a)(1) & (b)(1)(A)]

That on or about June 4, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**
**LEROY ROBINSON (3)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

That on or about July 11, 2024, in the Western District of Texas, Defendant,

**NATHAN SCOTT HANKE (2)**
**CHRISTOPHER LOGAN (4)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

That on or about July 31, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**
**LEROY ROBINSON (3)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SEVEN
## [18 U.S.C. § 924(c)]

That on or about July 31, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**

did knowingly possess firearms, namely: an FN SCAR, fully automatic 7.62mm, short barrel rifle; in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, that is the offense alleged in Counts One and Four of the indictment, in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
United States Attorney

BY: _____
For MATTHEW LATHROP
Assistant United States Attorney