

| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>September 04, 2024<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____RR_____<br>　　　　　DEPUTY |

UNITED STATES OF AMERICA

　　　Plaintiff

　　　v

(1) MY'LIK KERLEY
(2) NATHAN SCOTT HANKE
(3) LEROY ROBINSON
▬▬▬▬▬▬▬▬▬▬▬▬

　　　Defendants.

# SA-24-CR-388-OG

### SUPERSEDING INDICTMENT

**COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A), Conspiracy to Possess with Intent to Distribute Methamphetamine.

**COUNTS 2 and 6:** 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession with Intent to Distribute Methamphetamine.

**COUNTS 3, 4 and 5:** 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with Intent to Distribute Methamphetamine.

**COUNT 7:** 18 U.S.C. § 924(c), Possession of a Firearm in furtherance of a Drug Crime.

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**[21 U.S.C. §§ 846, 841(a)(1) &(b)(1)(A)]**

That from on or about April 22, 2024 and continuing until on or about July 31, 2024, in the Western District of Texas, Defendants,

**MY'LIK KERLEY (1)
NATHAN SCOTT HANKE (2)
LEROY ROBINSON (3)**
▬▬▬▬▬▬▬▬▬▬▬▬

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess

with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, and contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO
**[21 U.S.C. § 841(a)(1) & (b)(1)(B)]**

That on or about April 22, 2024, in the Western District of Texas, Defendants,

**MY'LIK KERLEY (1)**
**NATHAN SCOTT HANKE (2)**
**LEROY ROBINSON (3)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE
**[21 U.S.C. § 841(a)(1) & (b)(1)(A)]**

That on or about May 1, 2024, in the Western District of Texas, Defendant,

**NATHAN SCOTT HANKE (2)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR
**[21 U.S.C. § 841(a)(1) & (b)(1)(A)]**

That on or about June 4, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**
**LEROY ROBINSON (3)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT FIVE
### [21 U.S.C. § 841(a)(1) & (b)(1)(A)]

That on or about July 11, 2024, in the Western District of Texas, Defendant,

**NATHAN SCOTT HANKE (2)**

aided and abetted by each other, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT SIX
### [21 U.S.C. § 841(a)(1) & (b)(1)(B)]

That on or about July 31, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**
**LEROY ROBINSON (3)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SEVEN
**[18 U.S.C. § 924(c)]**

That on or about July 31, 2024, in the Western District of Texas, Defendant,

**MY'LIK KERLEY (1)**

did knowingly possess firearms, namely: an FN SCAR, fully automatic 7.62mm, short barrel rifle; in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, that is the offense alleged in Counts One and Four of the indictment, in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
United States Attorney

BY: _____
For MATTHEW LATHROP
Assistant United States Attorney