**SEALED**     **FILED**

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FEB 27 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America
v.

CHRISTOPHER LOGAN

_____
Defendant

Case No. SA-24-CR-388-OLG-(4)

U.S. MARSHALS
**RECEIVED**

SEP 0 5 2024

SAN ANTONIO, TX
ENFORCEMENT SECTION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER LOGAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
COUNT ONE: 21/846, 841(a)(1) & (b)(1)(A), Conspiracy to Possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine.
COUNTS THREE and FIVE: 21/841(a)(1) & (b)(1)(A), Possession with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine

Date: 09/04/2024

_Monica Granados-Ramos_
Issuing officer's signature

City and state: SAN ANTONIO, TEXAS

MONICA GRANADOS-RAMOS, DEPUTY CLERK
Printed name and title

### Return

This warrant was received on *(date)* 9·5·24, and the person was arrested on *(date)* 11·19·24
at *(city and state)* San Antonio, TX

Date: 2/25/25

_signature_ SDUSM
Arresting officer's signature

Trevor Showers Supervisory Deputy
Printed name and title