# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA<br>*Plaintiff*<br><br>vs.<br><br>(3) Leroy Robinson<br>*Defendant* | §<br>§<br>§<br>§   Case Number: SA:24-CR-00388(3)-OLG<br>§<br>§ |

## ORDER RESETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **11:00 AM, in Courtroom D, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Monday, March 24, 2025.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **13th day of March, 2025.**

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

MOTION TO MODIFY CONDITIONS DKT 110